IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIM BERRYMAN-DAGES,

    Plaintiff,

v.                                                 CASE NO. 1:10-cv-00177-MP -GRJ

CITY OF GAINESVILLE FLORIDA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Motion to Dismiss and Memorandum of Law by City of Gainesville Florida. Defendant seeks to dismiss Count III of the Complaint, Doc. 1, which claims harassment based on sexual orientation, in violation of one of Defendant's policies. Plaintiff consents to dismissal without prejudice. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Motion to Dismiss Count III, Doc. 8, is GRANTED.

2.    Count III of the Complaint, Doc. 1, is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this __15th__ day of November, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge