IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIM BERRYMAN-DAGES,

    Plaintiff,

v.        CASE NO. 1:10-cv-00177-MP-GRJ

CITY OF GAINESVILLE, FLORIDA,

    Defendant.

_____ /

# O R D E R

Pending before the Court is Plaintiff's Motion For Order Enlarging Time For Service of Response To Defendant's Motion To Strike To And Including December 11, 2011. (Doc. 90.)  Plaintiff requests an extension of time until December 11, 2011 to respond to Defendant City of Gainesville's Motion And Memorandum To Strike Plaintiff's Amended Initial Disclosures And Exclude Evidence For Failure to Comply With Discovery Obligations. (Doc. 89.)  Plaintiff represents that Defendant consents to the requested extension.

Accordingly, upon due consideration, it is **ORDERED**:

Plaintiff's Motion For Order Enlarging Time For Service of Response To Defendant's Motion To Strike To And Including December 11, 2011 (Doc. 90) is **GRANTED**.  Plaintiff shall file his response to Defendant City of Gainesville's Motion And Memorandum To Strike Plaintiff's Amended Initial Disclosures And Exclude Evidence For Failure to Comply With Discovery Obligations (Doc. 89) on or before **December 12, 2011.**[1]

**DONE AND ORDERED** this 2nd  day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Because December 11, 2011 is a Sunday, the response is due the next business day.