IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIM BERRYMAN-DAGES,

    Plaintiff,

v.                          CASE NO. 1:10-cv-00177-MP-GRJ

CITY OF GAINESVILLE FLORIDA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on doc. 92, Motion to Extend the Deadline for Filing Motions for Summary Judgment by City of Gainesville Florida. The defendant requests that the deadline for filing motions for summary judgment be extended one week, until December 15, 2011. Plaintiff has no objection to the requested extension.

Accordingly, it is now **ORDERED** as follows:

1.     The defendant's motion to extend the deadline for filing motions for summary judgment, doc. 92, is GRANTED.

2.     Motions for summary judgment may be filed on or before December 15, 2011.

**DONE AND ORDERED** this 9th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge