IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIM BERRYMAN-DAGES,

    Plaintiff,

v.                                                CASE NO. 1:10-cv-00177-MP-GRJ

CITY OF GAINESVILLE, FLORIDA,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on doc. 106, Motion for Extension of Time by Kim Berryman-Dages.  Plaintiff requests an extension of time, until January 28, 2012, to respond to defendant's motion for summary judgment and motion in limine.  The defendant has consented to the relief sought in this motion.

    Accordingly, it is now **ORDERED** as follows:

1.    Plaintiff's motion for extension of time, doc. 106, is GRANTED.

2.    The plaintiff may respond to defendant's motion for summary judgment and motion in limine on or before January 28, 2012.

**DONE AND ORDERED** this 29th day of December, 2011.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge